# FEIN, SUCH & CRANE, LLP
## Attorneys At Law

Northern New York
Relin, Goldstein & Crane, LLP
28 E. Main Street, Suite 1800
Rochester, New York 14614
585.232.7400   Fax 585-756-5202
Service By Facsimile Not Accepted

January 13, 2014

Christopher White c/o
█████████████

Western New York Law Center
237 Main Street, Suite 1130
Buffalo, New York 14203
Via Facsimile: (716) 270-4005

> Re: White, Christopher
> Property Address: █████████████████████████
> Loan Servicer: PHH Mortgage
> Loan Number: █████████

Dear Sir/Madam:

Pursuant to your request, I am enclosing the reinstatement figures with regard to the above-entitled mortgage. Due to the fact that this matter was forwarded to our office for foreclosure proceedings, there have been additional charges incurred. Accordingly, the total amount due to reinstate the above-referenced mortgage is as follows:

Reinstatement figures estimated good through February 7, 2014:

| | |
|---|---:|
| Total Payments Due | $20,203.92 |
| Accumulated Late Charge | 219.65 |
| Forecasted Late Charge | 10.46 |
| Other Fees Due | 290.00 |
| Mortgagor Recoverable Corporate Advance | 3,667.56 |
| Outstanding Incurred Foreclosure Fees and Costs | 779.00 |
| Outstanding Estimated Foreclosure Fees and Costs | 1,210.00 |
| Total Amount Due | $26,380.59 |

This figure is an estimate good until February 7, 2014. Please make sure to use a cashier's check, payable to PHH Mortgage, and forward it to our office. Upon confirmation that the amount is sufficient to reinstate the loan and bring the account current with our

client, we will cancel the foreclosure action and Lis Pendens.

Federal Law requires us to notify you that we are acting as a debt collector, in an attempt to collect a debt. All information will be used for that purpose.

If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.

Please be advised that this and any further communication will not stay the proceeding of this action unless notified in writing by lender or its counsel, or unless stayed by operation of law.

If you have any further questions, feel free to contact this office.

Very truly yours,
Fein, Such & Crane, LLP
Workout Department

# FEIN, SUCH & CRANE, LLP

## Attorneys At Law

Northern New York Office
28 East Main Street, Suite 1800
Rochester, New York 14614
585-232-7400
Fax 585-756-5202

March 26, 2014

Christopher White c/o
█████████████

Western New York Law Center
237 Main Street, Suite 1130
Buffalo, New York 14203
Via Facsimile: (716) 270-4005

   Re: White, Christopher
   Property Address: █████████████
   Loan Servicer: PHH Mortgage
   Loan Number: █████

Dear Sir or Madam:

Pursuant to your request, the breakdown of the Estimated Foreclosure Fees and Costs is as follows:

| | |
|---|---|
| Attorney Fees | $580.00 |
| Stipulation of Discontinuance Fee | 300.00 |
| Stipulation of Discontinuance Cost | 35.00 |
| Order | 45.00 |
| Ref Cost | 250.00 |
| Total Fees and Costs | $1210.00 |

  Federal Law requires us to notify you that we are acting as a debt collector, in an attempt to collect a debt. All information will be used for that purpose.
  If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.
  Please be advised that this and any further communication will not stay the proceeding of this action unless notified in writing by lender or its counsel, or unless stayed by operation of law.

   If you have any further questions, feel free to contact this office.

Very truly yours,
Fein, Such & Crane, LLP
Workout Department

# FEIN, SUCH & CRANE, LLP

Attorneys At Law

Northern New York Office
28 East Main Street, Suite 1800
Rochester, New York 14614
585-232-7400
Fax 585-756-5202

March 26, 2014

Christopher White c/o
█████████████
Western New York Law Center
237 Main Street, Suite 1130
Buffalo, New York 14203
Via Facsimile: (716) 270-4005

      Re: White, Christopher
      Property Address: █████████████████████████
      Loan Servicer: PHH Mortgage
      Loan Number: ██████████

Dear Sir or Madam:

Pursuant to your request, the breakdown of the Incurred Foreclosure Fees and Costs is as follows:

| | |
|---|---:|
| Attorney Fees | $779.00 |
| Total Fees and Costs | $779.00 |

    Federal Law requires us to notify you that we are acting as a debt collector, in an attempt to collect a debt. All information will be used for that purpose.
    If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.
    Please be advised that this and any further communication will not stay the proceeding of this action unless notified in writing by lender or its counsel, or unless stayed by operation of law.

        If you have any further questions, feel free to contact this office.

                Very truly yours,
                Fein, Such & Crane, LLP
                Workout Department

# FEIN, SUCH & CRANE, LLP

Attorneys At Law

Northern New York Office
28 East Main Street, Suite 1800
Rochester, New York 14614
585-232-7400
Fax 585-756-5202

March 26, 2014

Christopher White c/o
███████████

Western New York Law Center
237 Main Street, Suite 1130
Buffalo, New York 14203
Via Facsimile: (716) 270-4005

       Re: White, Christopher
       Property Address: ███████████
       Loan Servicer: PHH Mortgage
       Loan Number: ███████████

Dear Sir or Madam:

Pursuant to your request, the breakdown of the Mortgagor Recoverable Corporate Advance is as follows:

| | |
|---|---|
| Broker's Price Opinion | $285.00 |
| Paid Attorney Fees and Costs | 3,082.56 |
| Total Fees and Costs | $3,367.56 |

    Federal Law requires us to notify you that we are acting as a debt collector, in an attempt to collect a debt. All information will be used for that purpose.
    If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.
    Please be advised that this and any further communication will not stay the proceeding of this action unless notified in writing by lender or its counsel, or unless stayed by operation of law.

        If you have any further questions, feel free to contact this office.

                Very truly yours,
                Fein, Such & Crane, LLP
                Workout Department

# FEIN, SUCH & CRANE, LLP
## Attorneys At Law

Northern New York Office
28 E. Main Street, Suite 1800
Rochester, New York 14614
585.232.7400   Fax 585-756-5202
Service By Facsimile Not Accepted

July 3, 2014

Christopher White c/o
Attn: Keisha A. Williams, Esq.
Western New York Law Center
237 Main Street, Suite 1130
Buffalo, New York 14203

    Re: White, Christopher
    Property Address: ███
    Loan Servicer: PHH Mortgage
    Loan Number: ███

Dear Sir or Madam:

Pursuant to your request, the breakdown of the Outstanding Incurred Foreclosure Fees and Costs is as follows:

| | |
|---|---|
| Attorney Fees | $779.00 |
| Total Outstanding Incurred Foreclosure Fees and Costs | $779.00 |

Pursuant to your request, the breakdown of the Outstanding Estimated Foreclosure Fees and Costs is as follows:

| | |
|---|---|
| Attorney Fees | $580.00 |
| Stipulation of Discontinuance Fee | 300.00 |
| Stipulation of Discontinuance Cost | 35.00 |
| Order of Reference | 45.00 |
| Referee Cost | 250.00 |
| Total Outstanding Estimated Foreclosure Fees and Costs | $1210.00 |

Pursuant to your request, the breakdown of the Mortgagor Recoverable Corporate Advance is as follows:

| | |
|---|---|
| Broker's Price Opinions | $285.00 |
| Title Costs | 655.56 |
| Summons & Complaint | 400.00 |
| Lis Pendens | 60.00 |
| Service of Process | 612.00 |
| Request for Judicial Intervention | 95.00 |
| Allowable Attorney Fees | 1,260.00 |
| Total Mortgagor Recoverable Corporate Advance | $3,367.56 |

Pursuant to your request, the breakdown of Other Fees Due is as follows:

| | |
|---|---|
| Property Inspections | $290.00 |
| Total of Other Fees Due | $290.00 |

Federal Law requires us to notify you that we are acting as a debt collector, in an attempt to collect a debt. All information will be used for that purpose.

If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.

Please be advised that this and any further communication will not stay the proceeding of this action unless notified in writing by lender or its counsel, or unless stayed by operation of law.

If you have any further questions, feel free to contact this office.

Very truly yours,
Fein, Such & Crane, LLP
Workout Department