# Foreclosure Prevention Project
## OF BUFFALO AND WESTERN NEW YORK

| EXECUTIVE DIRECTORS | SENIOR STAFF ATTORNEYS | STAFF ATTORNEYS | | PARALEGALS | |
|---|---|---|---|---|---|
| JOE KELEMEN | WILLIAM BERRY | MARC CONNORS | SEETA PERSAUD | KATE LOCKHART | THERESA MILLER |
| KAREN L. NICOLSON | PAUL CURTIN | PAULETTE COOKE | ANDREW SPONG | JOY MCDUFFIE | MARK SEBASTIAN |
| DAVID C. SCHOPP | | SARAH GALVAN | DANIEL WEBSTER | VALERIE MALIA | MELISSA WOODS |
| | | AMY GATHINGS | KEISHA WILLIAMS | | |

*CREATING COMMUNITY STABILITY BY MAINTAINING HOMEOWNERSHIP*

---

August 8, 2014

Fein, Such & Crane LLP
28 East Main Street, Suite 1800
Rochester, NY 14614

      RE: HSBC Bank v. Suitor; Index # E150988/2013

To Whom It May Concern,

    My clients, William and [redacted] Suitor, have received your client's offer for a loan modification. Please note they did not receive the papers until August 1, 2014 where the letter requested its return by July 31, 2014. My clients want to accept the modification, but take issue with the new principle balance. Particularly, my clients dispute the addition of fees and costs in the amount of $1,748.00 and a "recoverable balance" in the amount of $3,767.59. If this "recoverable balance" cannot be substantiated by documented evidence, then the defendants request HSBC / PHH deduct this amount and re-calculate the modification.

    William Suitor duly filed and served a pro se answer asserting several viable defenses in this action and reserved his right to attorney's fees. Under Real Property Law § 282 a prevailing defendant can be awarded attorney's fees in a foreclosure action. Since neither party is prevailing (or both are prevailing), I propose a settlement where both parties waive their claims to fees and costs and other amounts, and we re-calculate the modification based on the lower new principle balance. We have a settlement conference in this action on August 14, 2014, where we can work through the Court to settle the issue. Hopefully, we can resolve the issue among ourselves prior to that date.

Sincerely,

*/s/ Daniel Webster*

Daniel Webster, Staff Attorney
237 Main Street, 10th Floor
Buffalo, New York 14203-2717
716-853-3087 ext. 203
dwebster@lsed.org

cc: Rob Gleichenhaus, Esq. (via email)

237 MAIN STREET, BUFFALO, NY 14203
716-853-3087
LEGAL AID BUREAU OF BUFFALO, INC., SUITE 1602
WESTERN NEW YORK LAW CENTER, SUITE 1130
LEGAL SERVICES FOR THE ELDERLY, DISABLED OR DISADVANTAGED OF WNY, INC, SUITE 1015

SUPPORTED BY THE NEW YORK STATE OFFICE OF THE ATTORNEY GENERAL