UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**CHRISTOPHER WHITE and WILLIAM SUITOR,** individually and on behalf of all others similarly situated,

       *Plaintiffs*,

  *vs.*

**Fein, Such & Crane, LLP**,

       *Defendant*.

**NOTICE OF MOTION
TO DISMISS**

Civil Action No. 15-cv-00438

---

  PLEASE TAKE NOTICE that Defendant Fein, Such & Crane, LLP will and hereby do move pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) for an order of the Court dismissing the Plaintiff's Complaint in its entirety, to be heard on a date and time to be determined by the Court at the United States District Court for the Western District of New York, 2 Niagara Square, Buffalo, New York.

  This motion is based on this Notice of Motion, the Affidavit of David P. Case, sworn to July 7, 2015 with Exhibits 1 through 10, and the accompanying Memorandum of Law filed herewith, dated July 9, 2015.

  Defendants intend to submit a reply to any response/opposition by the Plaintiff.

**DATED:**   July 9, 2015       **BARCLAY DAMON, LLP**

               By: */s/ Dennis R. McCoy*
                  Dennis R. McCoy

               1100 M&T Center
               3 Fountain Plaza
               Buffalo, New York 14203-1414
               Telephone: (716) 566-1300
               *Attorneys for Defendant*

BARCLAY DAMON, LLP

9326598.1

TO:   Keisha A. Williams, Esq.
      Western New York Law Center
      237 Main Street, Suite 1130
      Buffalo, NY  14203
      (716) 828-8415
      *Attorneys for Plaintiffs*

BARCLAY DAMON, LLP