

WNY Law Center

237 Main Street, Suite 1130, Buffalo, New York 14203
T:   716.855.0203 ext. 105     kwilliams@wnylc.com
F:   716.270.4005                      www.wnylc.com

January 13, 2015

<u>VIA MAIL & FAX (585) 756-5200</u>
Fein Such & Crane, LLP
28 East Main Street, Suite 1800
Rochester, New York 14614

Re:   HSBC Bank v. Christopher White, et al.
      Index No. 2013-605767

Dear Mr. Beideman,

Pursuant to your letter dated January 7, 2015, please let this letter confirm that Mr. White is willing to settle his dispute of the foreclosure fees and costs in the amount of $4,300.00 representing $1,500.00 in attorney's fees and $2800 in costs and expenses.

Once it is prepared, please forward me a copy of the amended loan modification agreement.

Thank you for your attention and courtesies in this matter.

Respectfully,

Keisha A. Williams, Esq.

cc:   Evelyn Gawronski *(Via Fax and Regular Mail)*
      Principal Law Clerk to Judge DiTullio
      25 Delaware Avenue
      Buffalo, NY 14202

*Western New York Law Center, Inc.*
Main Seneca Building
237 Main Street • Suite 1130
Buffalo, New York 14203

FEIN SUCH & CRANE, LLP
Craig K. Beideman, Esq.
28 East Main Street, Suite 1800
Rochester, New York 14614



02 1P
0001734764  JAN 13 2015
MAILED FROM ZIP CODE 14203
$ 000.48⁰
PITNEY BOWES



RECEIVED JAN 15 2015 Lewin, Such & Crane