# FEIN, SUCH & CRANE, LLP
## Attorneys At Law

Northern New York Office
28 E. Main Street, Suite 1800
Rochester, New York 14614
585.232.7400   Fax 585-756-5202
Service By Facsimile Not Accepted

July 3, 2014

Christopher White c/o
Attn: Keisha A. Williams, Esq.
Western New York Law Center
237 Main Street, Suite 1130
Buffalo, New York 14203

      Re: White, Christopher
      Property Address: 384 Walnut Street, Buffalo, New York 14211
      Loan Servicer: PHH Mortgage
      Loan Number: 2019360540

Dear Sir or Madam:

Pursuant to your request, the breakdown of the Outstanding Incurred Foreclosure Fees and Costs is as follows:

| | |
|---|---|
| Attorney Fees | $779.00 |
| Total Outstanding Incurred Foreclosure Fees and Costs | $779.00 |

Pursuant to your request, the breakdown of the Outstanding Estimated Foreclosure Fees and Costs is as follows:

| | |
|---|---|
| Attorney Fees | $580.00 |
| Stipulation of Discontinuance Fee | 300.00 |
| Stipulation of Discontinuance Cost | 35.00 |
| Order of Reference | 45.00 |
| Referee Cost | 250.00 |
| Total Outstanding Estimated Foreclosure Fees and Costs | $1210.00 |

Pursuant to your request, the breakdown of the Mortgagor Recoverable Corporate Advance is as follows:

| | |
|---|---:|
| Broker's Price Opinions | $285.00 |
| Title Costs | 655.56 |
| Summons & Complaint | 400.00 |
| Lis Pendens | 60.00 |
| Service of Process | 612.00 |
| Request for Judicial Intervention | 95.00 |
| Allowable Attorney Fees | 1,260.00 |
| Total Mortgagor Recoverable Corporate Advance | $3,367.56 |

Pursuant to your request, the breakdown of Other Fees Due is as follows:

| | |
|---|---:|
| Property Inspections | $290.00 |
| Total of Other Fees Due | $290.00 |

    Federal Law requires us to notify you that we are acting as a debt collector, in an attempt to collect a debt. All information will be used for that purpose.

    If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.

    Please be advised that this and any further communication will not stay the proceeding of this action unless notified in writing by lender or its counsel, or unless stayed by operation of law.

    If you have any further questions, feel free to contact this office.

Very truly yours,
Fein, Such & Crane, LLP
Workout Department