

**WNY Law Center**

237 Main Street, Suite 1130, Buffalo, New York 14203
T: 716.855.0203 ext. 105   kwilliams@wnylc.com
F: 716.270.4005   www.wnylc.com

May 29, 2015

Hon. Sheila A. DiTullio
County Court Judge
Part 17 - 3rd floor
25 Delaware Avenue
Buffalo, New York 14202

    Re:    HSBC Bank v. Christopher White, et al.
            Index No. 2013-605767

Dear Hon. Judge DiTullio:

    This letter will serve as notice to you and the parties in the above captioned proceeding that Defendant Christopher White hereby withdraws his Motion seeking an order barring certain fees and costs added to his mortgage, filed with the Court on July 31, 2014. Since the filing of the Motion, Plaintiff HSBC agreed to reduce the fees and costs charged to Mr. White and issued a loan modification agreement reflecting the reduced charges. The relief Christopher White requested is therefore not necessary at this time.

    Christopher White withdraws this Motion without prejudice and reserves the right to renew his Motion regarding other claims.

    The Court's courtesies are greatly appreciated. Should the Court have any questions, please feel free to contact the undersigned.

                                                Sincerely,

                                              Keisha A. Williams

/kaw
cc:  Mark K. Broyles, Esq. *(Via fax only)*
      Robert Gleichenhaus, Esq. *(Via Fax)*