**OFFICIAL CHECK**

Customer Copy

025940494

Date 04/23/2014

Remitter: STEPHANIE SMITH

$ 25,962.88 ***

Drawer: KeyBank

153 - Grant Ferry
Buffalo, New York

Pay To The
Order Of   M&T BANK

**TERMS**
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

FORM NO. 80-0811-T21 (4/08)