**From:** V.S. Vilkhu [mailto:vilkhuv@feinsuchcrane.com]
**Sent:** Thursday, August 28, 2014 5:04 PM
**To:** 'Keisha Williams'
**Cc:** Danielle Luksic
**Subject:** RE: M&T v. Nadbrzuch; Index: 600123/14

Keisha you practice foreclosure law and don't know what a Form B is?

Your requests for a breakdown of my fees are denied. File a motion for discovery.

The balance of your email will be replied to in a letter.

V.S. Vilkhu, Esq.

Fein, Such & Crane, L.L.P.
28 East Main Street, Suite 1800
Rochester, New York 14614
(P) (585) 232-7400 x. 297
(F) (585) 756-5200 (Settlement Conference/Mediation)
(F) (585) 756-5201 (Litigation)
vilkhuv@feinsuchcrane.com


   **NOTE: E-mail is the best way to reach me.**

THE CONTENTS AND ANY ATTACHMENTS OF THIS MESSAGE MAY BE PRIVILEGED OR CONFIDENTIAL. THIS COMMUNICATION MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL FROM DISCLOSURE OR MAY BE PROTECTED UNDER THE ATTORNEY/CLIENT PRIVILEGE. THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY RETURN EMAIL OR TELEPHONE AT 585.232.7400

THE CONTENTS AND ANY ATTACHMENTS OF THIS MESSAGE MAY BE PRIVILEGED OR CONFIDENTIAL.  THIS COMMUNICATION MAY CONTAIN INFORMATION THAT IS PRIVILEDGED AND CONFIDENTIAL FROM DISCLOSURE OR MAY BE PROTECTED UNDER THE ATTORNEY/CLIENT PRIVILEGE.