1. That statement reflects the borrower being behind because the bank has not fully applied their funds yet, therefore it appears they are still "behind." And a default letter was sent to them. According to our records, the funds should have been sufficient, LPS is closed out, we are just waiting on the bank to apply them.

2. Outstanding Incurred Fees and Costs:

    a. Attorney Allowable $1400

    b. NYDB Filing $150

    c. Title Search $482

    d. Summons and Complaint/Notice of Pendency $460

    e. RJI $95

3. Outstanding Estimated Fees and Costs:

    a. Stipulation of Discontinuance Fee $150

    b. Stipulation of Discontinuance Cost $35

    c. Service $1000

    d. Order $45