# FEIN, SUCH & CRANE, LLP
## Attorneys At Law

Northern New York Office
28 East Main Street, Suite 1800
Rochester, New York 14614
585-232-7400 Fax 585-756-5202
SERVICE BY FACSIMILE NOT ACCEPTED

May 8, 2015

Keisha Williams, Esq.
Attorney for *Durshawn K. Liggans*
237 Main Street, Ste 1130
Buffalo, NY 14203

**Re: M&T BANK, v. LIGGANS, et al.**
**Index No: 2014600743**
**File No: MTC158**

Dear Keisha Williams, Esq.,

Enclosed herewith please find a copy of the Notice to Discontinue Action for the above referenced matter. Please kindly sign the enclosed consent form and return it to our office in the self-addressed stamped envelope provided.

If you have any questions please feel free to contact me at 585-232-7400 x292. Thank you for your anticipated cooperation in this matter.

Respectfully,
FEIN, SUCH & CRANE

Bryan Jones
Paralegal

Enclosures

STATE OF NEW YORK
COUNTY COURT              COUNTY OF ERIE

M&T BANK S/B/M TO M&T MORTGAGE CORPORATION,

                                                                     NOTICE TO DISCONTINUE ACTION

-vs-                          Plaintiff,              Index No. 2014600743

                                                                    SECTION: 100.27
                                                                     BLOCK: 3
                                                                     LOT: 24

DURSHAWN K. LIGGANS; UNITED STATES OF AMERICA;
JOHN J. HANNIBAL III DDS DBA NOEL DENTAL; "JOHN DOE"
AND "JANE DOE" said names being fictitious, it being the intention
of the Plaintiff to designate any and all occupants of premises being
foreclosed herein,
                                Defendants.              PROPERTY ADDRESS:
                                                              203 HAMLIN ROAD
                                                              BUFFALO, NY 14208

      WHEREAS, no party to the above captioned action is an infant, incompetent person for whom a committee has

been appointed or conservatee and no person not a party has an interest in the subject matter of the action.

      The undersigned, being the attorney for the Plaintiff and the attorneys for all the defendants who have appeared or

answered including those who have waived all notices and the defendants who have been served with process and have

not appeared but whose time to answer has not expired and any defendants who have appeared in person, all consent that

the above captioned action, and all causes of action alleged therein, may be discontinued, and any and all counterclaims

and cross claims, may be dismissed and that the Notice of Pendency (lis pendens) in this action filed in the Office of the

ERIE Clerk on November 25, 2013 and amended Notice of Pendency filed on December 01, 2014 be canceled and

discharged of record due to the borrower reinstating their loan with Plaintiff. This case has not been submitted to the

Court or jury.

    The Clerk of ERIE County is directed to file/record this statement discontinuing action and canceling Lis Pendens

without an order.  CPLR Section 3217(a)(2).

Dated:  May 8, 2015

                                CRAIG K. BEIDEMAN, ESQ.                   MARY E. FLEMING, ESQ.
                                  Fein Such & Crane, LLP                       United States of America
                                  Attorneys for Plaintiff                          Assistant US Attorney
                                  28 East Main Street, Suite 1800        138 Delaware Avenue
                                  Rochester, New York 14614           Buffalo, New York  14202
                                  (585) 232-7400

The undersigned, being the attorney for the Defendant, *Durshawn K. Liggans*, in this matter, consents to the discontinuance of the action, and the dismissal of any and all counterclaims and cross claims; and to cancel the Notice of Pendency of the action entitled:

**Re: M&T BANK, v. LIGGANS, et al.**
**Index No: 2014600743**
**File No: MTC158**

Dated: _____

BY: _____
Keisha Williams, Esq.
Attorney for *Durshawn K. Liggans*
237 Main Street, Ste 1130
Buffalo, NY 14203

FEIN, SUCH & CRANE, LLP
Attorneys for the Plaintiff
28 East Main Street, Suite 1800
Rochester, NY 14614
Telephone:  (585) 232-7400