UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHRISTOPHER WHITE and WILLIAM SUITOR,:
individually and on behalf of                           :
all others similarly situated,                          :
                                                        :         **STIPULATION**
                                                        :         **SELECTION OF MEDIATOR**
             Plaintiffs,                                :
                                                        :
        v.                                              :         1:15-cv-00438-JTC
                                                        :
FEIN, SUCH and CRANE, LLP,                              :
                                                        :
             Defendant.                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   IT HEREBY IS STIPULATED AND AGREED, by and between counsel for all parties to this action, that Douglas Coppola, Esq. has been selected, contacted and has agreed to serve as Mediator for this action.

   IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on May 18, 2016 at 10:00 AM.

   IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

Dated: April 18, 2016

| /s/ Keisha A. Williams | /s/ Karim A. Abdulla |
|---|---|
| Keisha A. Williams | Karim A. Abdulla |
| *kwilliams@wnylc.com* | *kabdulla@damonbarclay.com* |
| WESTERN NEW YORK LAW CENTER | Dennis R. McCoy |
| 237 Main Street, Suite 1130 | *dmccoy@damonbarclay.com* |
| Buffalo, New York 14203 | BARCLAY DAMON, LLP |
| (716) 828-8415 | The Avant Building |
|  | 200 Delaware Avenue, Suite 1200 |
| *Attorneys for Plaintiffs* | Buffalo, NY  14202 |
|  | (716) 566-1560 |
|  | *Attorneys for Defendant* |