AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | | |
|---|---|---|
| Christopher White & William Suitor, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 15-CV-438-LJV |
| Fein, Such and Crane, LLP | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Christopher White and William Suitor, individually and on behalf of all others similarly situated .

Date: 05/09/2016

*Attorney's signature*

Stuart T. Rossman BBO#430540
*Printed name and bar number*

National Consumer Law Center
7 Winthrop Square, 4th Fl.
Boston, MA 02110

*Address*

srossman@nclc.org
*E-mail address*

(617) 542-8010
*Telephone number*

(617) 542-8028
*FAX number*