

Affidavits Emailed - 12/5/11
Invoice Emailed - 12/1/12
Scanned

## SERVICE OF LEGAL PROCESS

P.O. Box 680 • East Rochester, New York 14445 • (585) 381-8818

## INVOICE

Fein, Such & Crane  
1800 First Federal Plaza  
Rochester, New York 14614

Date: 12-7-11

Attention: Accounts Payable

File No.: **FKNC 997**

**Case Name: <u>Keybank vs. Darlene V. Schmidt, et al</u>**

Service of Process      $ 520

RUSH Service

Filing of service affidavits

Locate/Skip Trace fee for _____

_____

Fed-Ex / UPS Charges

Advanced Secretary of State Fee

Invalid Address Provided / Attempted Service

Court Searches

Due Diligence Investigation / Affidavit

Death Certificate Search

Registered (USPS) Mailing to Corporate Defendant

Disbursements

1303 Notice to Tenants – Postage & Affidavit of Mailing

Other _____

Total $ 520