UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____x
 WILLIAM J. WHITE, et al.,                :
                                          :
                              Plaintiff   :
                                          :
     -against-                            :
                                          :
                                          :
                                          : No. 15-CV-438 (LJV)(HKS)
                                          :
 FEIN, SUCH & CRANE, LLP,                 :
                                          :
                          Defendant(s),   :
_____x

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

    Please take notice of the following attorney information change(s) for: BRIAN LEWIS BROMBERG

OLD INFO:    FIRM NAME: Bromberg Law Office, P.C.
                     FIRM ADDRESS: 26 Broadway, 21st Floor, NY, NY 10004
                     FIRM TELEPHONE NUMBER: 212-248-7906
                     FIRM FAX NUMBER: 212-248-7908

NEW INFO:    FIRM NAME: Bromberg Law Office, P.C.
                     FIRM ADDRESS: 26 Broadway, **27th Floor**, NY, NY 10004
                     FIRM TELEPHONE NUMBER: 212-248-7906
                     FIRM FAX NUMBER: 212-248-7908

Dated: June 2, 2019

                                        /s/ Brian Lewis Bromberg
                                          Brian Lewis Bromberg